**McDERMOTT WILL & EMERY LLP**
Ellie Hourizadeh (SBN 204627)
2049 Century Park East, Suite 3800
Los Angeles, CA  90067
Telephone:   310 277-4110
Facsimile:   310 277-4730
ehourizadeh@mwe.com

Attorneys for Defendant,
Dolce & Gabbana, S.r.L.

**JOHNSON & JOHNSON LLP**
Douglas L. Johnson (SBN 209216)
439 North Canon Drive, Suite 200
Beverly Hills, CA 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
djohnson@jjllplaw.com

**THE HAMIDEH FIRM, P.C.**
Bassil A. Hamideh (SBN 261233)
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-9687
Facsimile: (310) 733-5699
bhamideh@hamidehfirm.com

Attorneys for Plaintiff,
Christian Monzon

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN MONZON, an individual, | Case No.  CV12-4881-MMM (PLAx) |
| Plaintiff, | **ORDER GRANTING PARTIES' REVISED STIPULATED PROTECTIVE ORDER** |
| v. | |
| DOLCE & GABBANA S.r.L., an Italian company; and DOES 1-10, inclusive, | |
| Defendants. | |

[
DM_US 37692318-1.090984.0011

[PROPOSED] ORDER GRANTING
REVISED PROTECTIVE ORDER

Having reviewed the parties proposed stipulated protective order, and good cause appearing therefore, it is hereby ordered that:

The parties request for the Revised Stipulated Protective Order is granted.

**IT IS SO ORDERED.**

Dated: August 30, 2012

Hon. Paul L. Abrams
United States Magistrate Judge