JS-6

Neville L. Johnson (SBN 66329)
Douglas L. Johnson (SBN 209216)
John D. Fowler (SBN 271827)
JOHNSON & JOHNSON LLP
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:   (310) 975-1095
Email:        njohnson@jjllplaw.com
                  djohnson@jjllplaw.com
                  jfowler@jjllplaw.com

Bassil A. Hamideh (SBN 261233)
THE HAMIDEH FIRM, P.C.
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone:  (310) 556-9687
Facsimile:   (310) 733-5699
Email:        bhamideh@hamidehfirm.com

Attorneys for Plaintiff,
CHRISTIAN MONZON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN MONZON, an individual,<br><br>     Plaintiff,<br><br>     v.<br><br>DOLCE &GABBANA S.r.L., an Italian company; and DOES 1-10, inclusive,<br><br>     Defendants. | CASE NO.: CV12-4881 MMM (PLAx)<br><br>**STIPULATION OF DISMISSAL**<br><br>Honorable Margaret M. Morrow<br>Courtroom 780<br><br>Action filed June 4, 2012 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Christian Monzon and Defendant Dolce & Gabbana S.r.L hereby stipulate to the dismissal of the case in its entirety, with prejudice. The parties to bear their own costs.

IT IS SO STIPULATED.

DATED: December 20, 2012           JOHNSON & JOHNSON LLP

                                   By  /s/ Douglas L. Johnson
                                       Douglas L. Johnson
                                       Attorneys for Plaintiff
                                       Christian Monzon

DATED: December 20, 2012           MCDERMOTT WILL & EMERY

                                   By  /s/ Ellie Hourizadeh
                                       Ellie Hourizadeh
                                       Attorneys for Defendant
                                       Dolce & Gabbana S.r.L.

Dated: 12/26/2012

*Margaret M. Morrow*

MARGARET M. MORROW
U.S. District Judge

1
STIPULATION OF DISMISSAL